Edward S. Macie, for appellant; Sidney J. and Arthur Wolf, for appellee; Sidney J. Wolf, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed June 25, 1952; released for publication July 8, 1952.

## Silvio E. Piacenti, Plaintiff-Appellant, v. Williams Press, Inc., William E. Williams and Robert A. Meier III, Defendants-Appellees.

Gen. No. 45,724.

Irving Breakstone, for appellant; Richard B. Austin, for certain appellees, and Robert A. Meier, Jr., for certain other appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full. Opinion filed June 30, 1952; released for publication July 15, 1952.